

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY REED, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GRUBHUB HOLDINGS, INC., et al., )<br>)<br>Defendants. ) | No. 17 CV 4946<br><br>Hon. Charles R. Norgle |

## ORDER

Attorney Jason B. Jendrewski's Motion for Leave to Appear Pro Hac Vice [8] is granted. Attorney Jimmy Ernest Edward Badway's Motion for Leave to Appear Pro Hac Vice [7] is granted.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: August 30, 2017