

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY REED, an individual, and SEAN GORECKI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GRUBHUB HOLDINGS INC. and GRUBHUB, INC.,<br><br>Defendants. | Case No. 1:17-cv-04946<br><br>District Judge Charles R. Norgle, Sr. |

### [PROPOSED] AGREED ORDER REGARDING THIRD EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

This matter coming to be heard by agreement of Plaintiffs Corey Reed and Sean Gorecki and Defendants GrubHub Holdings Inc. and GrubHub, Inc., through their attorneys, this Court being fully advised:

**IT IS HEREBY ORDERED THAT:**

Defendants' responses to the Amended Complaint shall be due on or before September 15, 2017.

/s/ Charles Norgle
United States District Judge

Date: 9/5/17