IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY REED, an individual, and SEAN GORECKI, an individual, | ) ) ) |
| Plaintiffs, | ) No. 17- 04946 ) ) Honorable Charles R. Norgle, Sr. ) |
| v. | ) Magistrate Judge Sheila Finnegan |
| GRUBHUB HOLDINGS INC. and GRUBHUB, INC., | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL *WITH PREJUDICE*

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, plaintiffs Corey Reed and Sean Gorecki (collectively, "Plaintiffs") and defendants Grubhub Holdings Inc. and Grubhub, Inc. (collectively, "Defendants" and, together with Plaintiff, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the parties have been authorized by their respective clients to execute this stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

ACTIVE\51307571.v1

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this stipulation may be filed without further notice with the Clerk of the Court by any party herein.

Dated:  Chicago, Illinois
October 9, 2017

| THE DANN LAW FIRM | FOX ROTHSCHILD LLP |
|---|---|
| By: _____ <br> Rusty A. Payton, Esq. <br> 115 S. LaSalle Street, Suite 2600 <br> Chicago, Illinois 60603 <br> Telephone: (312) 702-1000 <br> Facsimile: (312) 702-1000 <br> Email: payton@paytondann.com <br><br> Marc E. Dann, Esq. <br> Donna J. Taylor-Kolis <br> P.O. Box 6031040 <br> Cleveland, Ohio 44103 <br> Telephone: (216) 373-0539 <br> Facsimile: (312) 702-1000 <br> mdann@dannlaw.com <br> notices@dannlaw.com | By: _____ <br> Joseph E. Collins, Esq. <br> 353 N. Clark St., Suite 3650 <br> Chicago, Illinois 60654 <br> Telephone: (312) 517-9200 <br> Facsimile: (312) 517-9201 <br> jcollins@foxrothschild.com <br><br> Ernest Edward Badway, Esq. <br> Jason B. Jendrewski, Esq. <br> 101 Park Avenue, Suite 1700 <br> New York, New York 10178 <br> Telephone: (212) 878-7900 <br> Facsimile: (212) 692-0940 <br> ebadway@foxrothschild.com <br> jjendrewski@foxrothschild.com |
| *Counsel for Plaintiffs Corey Reed and Sean Gorecki* | *Counsel for Defendants Grubhub Holdings Inc. and Grubhub, Inc.* |